UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DANIEL DANCY, # 803008

        Petitioner,            Case No. 15-cv-10518

v                                         Honorable Thomas L. Ludington

KENNETH T. MCKEE,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the order denying Petitioner's petition for a Writ of Habeas Corpus entered on this date;

It is **ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DISMISSED with prejudice**.

It is further **ORDERED AND ADJUDGED** that a certificate of appealability is **DENIED**.

It is further **ORDERED AND ADJUDGED** that leave to proceed *in forma pauperis* on appeal is **DENIED**.

                                                     s/Thomas L. Ludington
                                                     THOMAS L. LUDINGTON
                                                     United States District Judge

Dated: June 15, 2016

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 15, 2016.

                            s/LISA WAGNER_____
                            Lisa Wagner Acting in the Absence of
                            Michael A. Sian, Case Manager